ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:26-po-00002-CDB |
| Plaintiff, | [Citation #F5449079, #F5449078] |
| v. | |
| ISIDRO LAKALOMELI, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00002-CDB [Citation # F5449079,  # F5449078,  ] against ISIDRO LAKALOMELI, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 30, 2026                    Respectfully submitted,

                                           ERIC GRANT
                                           United States Attorney

                          By:    /s/ *Luke Baty*
                                 LUKE BATY
                                 Assistant United States Attorney

U.S. v. Lakalomeli
Case No. 5:26-po-00002-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00002-CDB [#F5449079, #F5449078] against ISIDRO LAKALOMELI be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **January 30, 2026**    _____
UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Lakalomeli
Case No. 5:26-po-00002-CDB